**Carnell HUNNICUTT, Plaintiff-Appellant,**

**and**

**United States of America, Intervenor/Plaintiff,**

v.

**VIRGINIA DEPARTMENT OF CORRECTIONS; R.A. Young; S.K. Young; A.P. Harvey; T. Yates; R.B. Phillips, Defendants–Appellees,**

**and**

**Chaplain Mitchell, Defendant.**

No. 04–6592.

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2004.

Decided: Dec. 16, 2004.

Carnell Hunnicutt, Appellant pro se.

Pamela Anne Sargent, Assistant Attorney General, Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carnell Hunnicutt appeals the district court's order denying relief on his complaint filed under 42 U.S.C. § 1983 (2000) and the Religious Land Use and Institutionalized Persons Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hunnicutt v. Virginia Dep't of Corr.*, CA–01–379–7 (W.D.Va. Mar. 19, 2004; Apr. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*